CROUSORE ET AL. *v.* CRAWLEY, ADMINISTRATOR.

[No. 17,064. Filed May 22, 1943. Rehearing denied June 22, 1943.]

*T. Ernest Maholm,* of Indianapolis, for appellants.

*James & Allee* and *Gillen & Lyon,* all of Greencastle, for appellee.

FLANAGAN, P. J.—Appellants' brief wholly fails to comply with Rule 2-17 (f) of the Rules of the Supreme and Appellate Courts. No question is therefore presented for our consideration.

Judgment affirmed.

NOTE.—Reported in 48 N. E. (2d) 834.